UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DISTRICT

IN ADMIRALTY

ALL UNDERWRITERS SUBSCRIBING
TO CERTIFICATE OF INSURANCE
NUMBER 99B1/671 including SUBSCRIBING
UNDERWRITERS AT LLOYDS, LONDON,
AXA GLOBAL RISKS (U.K.) LIMITED "T" A/C,
And WURTEMBERGISCHE VERISCHERUNGAG
"T" A/C,

Case No.: 00-06058-CIV-DAVIS

    Plaintiffs,

vs.

$H_2O$ LIMITED,

    Defendant.

_____/

$H_2O$ LIMITED and MICHAEL B. KLINGENSMITH,

    Counter-Plaintiffs,

vs.

ALL UNDERWRITERS SUBSCRIBING
TO CERTIFICATE OF INSURANCE
NUMBER 99B1/671 including SUBSCRIBING
UNDERWRITERS AT LLOYDS, LONDON,
AXA GLOBAL RISKS (U.K.) LIMITED "T" A/C,
And WURTEMBERGISCHE VERISCHERUNGAG
"T" A/C,

    Counter-Defendants,

and

C.A. HANSEN, a division of BROWN & BROWN, INC.
and TROPICAL DIVERSIONS, INC.

    Third-Party Defendants.

_____/

## THIRD PARTY SUMMONS

**THE STATE OF FLORIDA:**
**TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:**

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the complaint or petition in this action on Defendant:

**C.A. HANSEN**
a division of **BROWN & BROWN, INC.**
by serving its President/Director
Tom Riley
5900 N. Andrews Avenue
Suite 300
Fort Lauderdale, Florida 33309
(954) 776-2222

Each Defendant is required to serve written defenses to the complaint or petition on Plaintiff's attorney, whose address is:

Robert L. Jennings
JENNINGS & VALANCY, P.A.
311 Southeast 13th Street
Fort Lauderdale, FL 33316

within 20 days after service of this summons, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Defendant's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

WITNESS my hand and the seal of said Court on _April 28th_, 2000.

Clerk of Court

By: _____
As Deputy Clerk