UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6058-CIV-DAVIS/BROWN

ALL UNDERWRITERS SUBSCRIBING TO
CERTIFICATE OF INSURANCE NUMBER
99B1/671, including SUBSCRIBING
UNDERWRITERS AT LLOYDS, LONDON,
AXA GLOBAL RISKS (U.K.) LIMITED
"T" A/C and WURTEMBERGISCHE
VERISCHERUNGAG "T" A/C,

                Plaintiffs,
v.

H2O LIMITED,
                Defendant.
_____/

FILED by [signature] D.C.
MAY - 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER REQUIRING JOINT SCHEDULING REPORT AND PROPOSED ORDER

THIS MATTER is before the Court *sua sponte*. Pursuant to Fed. R. Civ. P. 16 and S.D. Fla. LR. 16.1(B), it is

ORDERED AND ADJUDGED that counsel for all parties are directed to meet and thereafter to file a Scheduling Report of Scheduling Meeting and a Joint Proposed Scheduling Order within twenty (20) days of the date of this Order.

In addition to the requirements of S.D. Fla. LR. 16.1(B)(7), the Scheduling Report shall contain:

    1. a brief statement outlining the nature of the action;

    **2. a statement of whether the case is jury or non-jury;**

    3. a factual summary of Plaintiff's claim; and

    4. a factual summary of Defendant's case.

Upon receipt of the Scheduling Report and Joint Proposed Scheduling Order, the Court will set a trial date for this cause. **Stamped, addressed envelopes** should accompany the Scheduling Report



and Proposed Order.

Failure to comply with this Order and the requirements of S.D. Fla. LR. 16.1(B) and Fed. R. Civ. P. 16 "will subject the party or counsel to appropriate penalties, including but not limited to dismissal of the cause, or the striking of defenses and entry of judgment." S.D. Fla. LR. 16.1(M). Should any party refuse to meet or otherwise comply with this Order, the remaining party or parties should nevertheless comply to the best of their ability under the circumstances, and submit the Scheduling Report and Proposed Scheduling Order, as well as a Motion for Sanctions pursuant to S.D. Fla. LR. 16.1(M).

DONE AND ORDERED in Chambers, Miami, Florida, this 1 day of May, 2000.

EDWARD B. DAVIS
CHIEF UNITED STATES DISTRICT JUDGE

Copies furnished to:

Farris J. Martin, III
Keller & Houck
200 South Biscayne Boulevard, Suite 3460
Miami, FL 33131-5308

Michael B. Klingensmith
P. O. Box 30441
Palm Beach Gardens, FL 33420

C. A. Hansen
5900 North Andrews Avenue, Suite 900
Fort Lauderdale, FL 33309

Robert L. Jennings
Jennings & Valancy
311 Southeast 13th Street
Fort Lauderdale, FL 33316