UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DISTRICT

IN ADMIRALTY

ALL UNDERWRITERS SUBSCRIBING
TO CERTIFICATE OF INSURANCE
NUMBER 99B1/671 including SUBSCRIBING
UNDERWRITERS AT LLOYDS, LONDON,
AXA GLOBAL RISKS (U.K.) LIMITED "T" A/C,
And WURTEMBERGISCHE VERISCHERUNGAG
"T" A/C,

                                                      Case No.: 00-06058-CIV-DAVIS

      Plaintiffs,

vs.

$H_2O$ LIMITED,

      Defendant.

_____/

$H_2O$ LIMITED and MICHAEL B. KLINGENSMITH,

      Counter-Plaintiffs,

vs.

ALL UNDERWRITERS SUBSCRIBING
TO CERTIFICATE OF INSURANCE
NUMBER 99B1/671, etc.,

      Counter-Defendants,

and

C.A. HANSEN, a division of BROWN & BROWN, INC.
and TROPICAL DIVERSIONS YACHT SERVICES, INC.

      Third-Party Defendants.

_____/



## DEFENDANTS'/COUNTER-PLAINTIFFS' DEMAND FOR A JURY TRIAL

Defendant $H_2O$ Limited and Counter-Plaintiff Michael Klingensmith hereby demand trial by jury in the above-styled cause, as to all issues so triable.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail on Farris J. Martin, III, Esquire, Attorneys for Plaintiffs, KELLER & HOUCK, P.A., 200 South Biscayne Boulevard, Suite 3460, Miami, Florida 33131-5308, Michael B. Klingensmith, Agent for $H_2O$, Ltd., P.O. Box 30441, Palm Beach Gardens, Florida 33420, and C.A. Hansen, 5900 N. Andrews Avenue, Ste. 900, Fort Lauderdale, Florida 33309, this 4___ day of May, 2000.

JENNINGS & VALANCY, P.A.
Attorneys for Defendants
$H_2O$ and Klingensmith
311 Southeast 13th Street
Ft. Lauderdale, Florida 33316
(954) 463-1600 Telephone
(954) 463-1222 Telecopy

By: _____
Robert L. Jennings
Florida Bar No. 348074