.T. ACCURATE PROCESS SERVICE
P.O. BOX 5281
FT. LAUDERDALE, FL 33310-5281

**DATE ISSUED** 04-28-00

**CASE NO.** 00-06058-CIV-DAVI
**COURT** US DISTRICT CT
**HRG. DATE** 20 DAY

ALL UNDERWRITERS SUBSCRIBING, ETC, ET AL
VS.

**VERIFIED RETURN OF SERVICE**

**TYPE OF WRIT** SUMMONS & COMPLAINT

H2O LIMITED, ETC, ET AL

FILE #

FILED by _____ D.C.
DKTG
MAY 18 1999
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

TO CA HANSEN, DIV OF BROWN & BROWN INC, TOM RILEY, PRES/DIR
5900 N ANDREWS AVE #300 FT. LAUDERDALE, FL

RECEIVED THIS WRIT ON 04-28-00
AND ON 05-03-00 at 11:00 A M., I SERVED IT ON THE WITHIN NAMED IN
COUNTY, FLORIDA

**INDIVIDUAL SERVICE:** By serving upon the within named (Defendant/Witness) a true copy of this writ with the date and hours of service endorsed thereon by me and a copy of the Plaintiff's complaint, petition or initial pleading.

**SUBSTITUTE SERVICE:** By serving a true copy of this writ with the date and hour of service endorsed thereon by me and a copy of Plaintiff's initial pleading as furnished by the Plaintiff, at the within named (Defendant's Witness) usual place of abode with any person residing the age of 15 years or older to wit:
, or to                  spouse of defendant, at
, or to                  manager of defendant business
and informing such person of their contents pursuant to: ☐ F.S. 48.031.
☐ F.S. 48.031 (2)(a)   ☐ F.S. 48.031 (2)(b)

XXXX  **CORPORATE SERVICE:** By serving a true copy of this writ and a copy of Plaintiff's initial pleading to
LAURA SHERROD                VICE PRESIDENT                of said
corporation in the absence of any superior officer as defined in F.S. 48.081, or by serving
as an employee of defendant corporation in compliance with F.S. 48.081 (3) or by serving
as a registered agent in compliance with F.S. 48.091.

**PARTNERSHIP SERVICE:** By serving                , partner, or to
a designated employee or person in charge of partnership.

**POSTED:** COMMERCIAL, RESIDENTIAL, 1st Attempt        AM/PM  2nd Attempt        AM/PM

**NO SERVICE:** For the reason that after diligent search and inquiry failed to find said
in                  County, Florida.
**COMMENTS:**

ATTORNEY:

**FEES FOR SERVICE $** 25.00

JENNINGS & VALANCY, PA
311 SE 13 STREET
FT LAUDERDALE, FL 33316

**TOTAL** 25.00
**PAID**
**BALANCE** 25.00

UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE JOHN R. TAMBURELLO
READ THE FOREGOING DOCUMENT, AND THAT THE FACTS
STATED IN IT ARE TRUE.
BY:
CERTIFIED/APPOINTMENT #:

I ACKNOWLEDGE that I am a Certified Process Server in good standing in the Circuit in which this defendant was served, and have no interest in the above action.