J.T. ACCURATE PROCESS SERVICE
P.O. BOX 5281
FT. LAUDERDALE, FL 33310-5281

DATE ISSUED 04-28-00

CASE NO. 00-06058-CIV-DAVI
COURT US DISTRICT CT
HRG. DATE 20 DAY

ALL UNDERWRITERS SUBSCRIBING, ETC, ET AL
vs.

**VERIFIED RETURN OF SERVICE**

TYPE OF WRIT
SUMMONS & COMPLAINT

H2O LIMITED, ETC. ET AL

FILE #

FILED by _____ D.C.
DKTG
MAY 1 8 1999
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

TO TROPICAL DIVERSIONS INC, DOUGLAS SHERRON, PRES/DIR

3512 N OCEAN DRIVE #242 HOLLYWOOD, FL

RECEIVED THIS WRIT ON    04-28-00

AND ON    05-04-00    at    3:50    P M., I SERVED IT ON THE WITHIN
NAMED    IN
COUNTY, FLORIDA

**INDIVIDUAL SERVICE:** By serving upon the within named (Defendant/Witness) a true copy of this writ with the date and hours of service endorsed thereon by me and a copy of the Plaintiff's complaint, petition or initial pleading.

**SUBSTITUTE SERVICE:** By serving a true copy of this writ with the date and hour of service endorsed thereon by me and a copy of Plaintiff's initial pleading as furnished by the Plaintiff, at the within named (Defendant's Witness) usual place of abode with any person residing the age of 15 years or older to wit:
_____ , or to _____ spouse of defendant, at
_____ . or to _____ manager of defendant business
and informing such person of their contents pursuant to: ☐ F.S. 48.031.
☐ F.S. 48.031 (2)(a)    ☐ F.S. 48.031 (2)(b)

XXXX **CORPORATE SERVICE:** By serving a true copy of this writ and a copy of Plaintiff's initial pleading to
DOUGLAS SHERRON    PRESIDENT/DIRECTOR    of said
corporation in the absence of any superior officer as defined in F.S. 48.081, or by serving
_____ as an employee of defendant corporation in compliance with F.S. 48.081 (3) or by serving
_____ as a registered agent in compliance with F.S. 48.091.

**PARTNERSHIP SERVICE:** By serving _____ , partner, or to
_____ a designated employee or person in charge of partnership.
**POSTED:**    COMMERCIAL,    RESIDENTIAL, 1st Attempt    AM PM    2nd Attempt    AM PM
**NO SERVICE:** For the reason that after diligent search and inquiry failed to find said
_____ in _____ County, Florida.

**COMMENTS:**

ATTORNEY:

FEES FOR SERVICE $    $    25.00

JENNINGS & VALANCY, PA
311 SE 13 STREET
FT LAUDERDALE, FL 33316

TOTAL    25.00
PAID
BALANCE    25.00

UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE    JOHN R TAMBURELLO
READ THE FOREGOING DOCUMENT, AND THAT THE FACTS
STATED IN IT ARE TRUE.

BY: _____
CERTIFIED/APPOINTMENT #:

I ACKNOWLEDGE that I am a Certified Process Server in good standing in the Circuit in which this defendant was served, and have no interest in the above action.