UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY
CASE NO: 00-06058-CIV-DAVIS

FILED
MAY 19 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

ALL UNDERWRITERS SUBSCRIBING
TO CERTIFICATE OF INSURANCE
NUMBER 99B1/671 including SUBSCRIBING
UNDERWRITERS AT LLOYDS, LONDON,
AXA GLOBAL RISKS (U.K.) LIMITED "T" A/C,
And WURTEMBERGISCHE VERISCHERUNGAG
"T" A/C,

    Plaintiffs

vs.

H20 LIMITED,

    Defendant.
_____

H20 LIMITED and MICHAEL B. KLINGENSMITH,

    Counter-Plaintiffs,

vs.

ALL UNDERWRITERS SUBSCRIBING
TO CERTIFICATE OF INSURANCE
NUMBER 99B1/671, etc.,

    Counter-Defendants,

and

C.A. HANSEN, a division of BROWN & BROWN, INC.
and TROPICAL DIVERSIONS YACHT SERVICES, INC.

    Third-Party Defendants.
_____/

### AGREED MOTION FOR ENLARGEMENT OF TIME
### TO FILE RESPONSE TO THIRD PARTY COMPLAINT



COMES NOW, Third-Party Defendant, TROPICAL DIVERSIONS YACHT SERVICES, INC., by and through undersigned counsel files this their Agreed Motion for Enlargement of Time to File Response to Third Party Complaint, and states as follows:

1. Undersigned counsel was retained by Third-Party Defendant on May 15, 2000 to represent them in above-captioned matter.

2. Due to the undersigned counsel having just received this file and in light of additional documentation that the undersigned awaits to receive concerning the contractual relationships between the various parties to this action, the undersigned requests an extension of fifteen (15) days from the date a response is due, or up to and including June 7, 2000, in which to serve a response to the Third-Party Complaint.

3. That undersigned counsel for TROPICAL DIVERSIONS, INC. has conferred with Third-Party Plaintiff's attorneys concerning this extension under the circumstances and is authorized to represent to this Honorable Court that Third-Party Plaintiff's attorneys have no objection to an enlargement of time through the aforementioned date for Third-Party Defendant to serve its response to the Third-Party Complaint.

WHEREFORE, Third-Party Defendant, TROPICAL DIVERSIONS, INC., requests this Honorable Court to enter an order extending the time to file their response to the Third-Party Complaint in accordance with the foregoing.

WE HEREBY CERTIFY that a copy of the foregoing has been furnished to: Robert L. Jennings, Jennings & Valancy, P.A., 311 SE 13th Street, Fort Lauderdale, Florida 33316; Farris J. Martin, III, Esq., Keller & Houck, P.A., 200 South Biscayne Blvd., Suite 3460, Miami, Florida

33131-5308, Michael B. Klingensmith, P O Box 30441, Palm Beach Gardens, Florida 33420 and C.A. Hansen, 5900 N. Andrews Avenue, #900, Fort Lauderdale, Florida 33309 this 19th day of May, 2000.

> BILLING, COCHRAN, HEATH, LYLES
> & MAURO, P.A.
> Attorneys for Third-Party Defendant
> 888 S.E. Third Avenue
> Suite 301
> Fort Lauderdale, Florida 33316
> (954) 764-7150
> (954) 764-7279 (facsimile)
>
> By: _____
> SHAWN B. McKAMEY, ESQ.
> Fla. Bar No: 991384