UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-06058-CIV-DAVIS

ALL UNDERWRITERS SUBSCRIBING
TO CERTIFICATE OF INSURANCE
NUMBER 99B1/671 including SUBSCRIBING
UNDERWRITERS AT LLOYDS, LONDON,
AXA GLOBAL RISKS (U.K.) LIMITED "T" A/C,
And WURTEMBERGISCHE VERISCHERUNGAG
"T" A/C,

    Plaintiffs

vs.

H20 LIMITED,

    Defendant.

_____

H20 LIMITED and MICHAEL B. KLINGENSMITH,

    Counter-Plaintiffs,

vs.

ALL UNDERWRITERS SUBSCRIBING
TO CERTIFICATE OF INSURANCE
NUMBER 99B1/671, etc.,

    Counter-Defendants,

and

C.A. HANSEN, a division of BROWN & BROWN, INC.
and TROPICAL DIVERSIONS YACHT SERVICES, INC.

    Third-Party Defendants.
_____/

### ORDER ON AGREED MOTION FOR ENLARGEMENT OF TIME
### TO FILE RESPONSE TO THIRD PARTY COMPLAINT

FILED by _____ D.C.

MAY 2 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI



THIS CAUSE having been agreed by and between the parties on Third-Party Defendant, TROPICAL DIVERSIONS YACHT SERVICES, INC.'s Agreed Motion for Enlargement of Time to File Response to Third-Party Complaint and the Court being otherwise advised in the premises, it is hereupon,

ORDERED AND ADJUDGED that said Motion be, and the same is hereby, GRANTED. Third-Party Defendant shall file their response to Third-Party Complaint fifteen (15) days from the date a response is due, or up to and including June 7, 2000.

DONE AND ORDERED in Chambers at Miami-Dade, Dade County, Florida, this 22d day of May, 2000.

_____
District Court Judge

Copies Furnished to:
Shawn B. McKamey, Esq., 888 S.E. Third Avenue, Suite 301, Fort Lauderdale, Florida 33316
Robert L. Jennings, Jennings & Valancy, P.A., 311 SE 13th Street, Fort Lauderdale, FL 33316;
Farris J. Martin, III, Esq., Keller & Houck, P.A., 200 South Biscayne Blvd., Suite 3460, Miami, Florida
Michael B. Klingensmith, P O Box 30441, Palm Beach Gardens, Florida 33420
C.A. Hansen, 5900 N. Andrews Avenue, #900, Fort Lauderdale, Florida 33309