UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DISTRICT

IN ADMIRALTY

CASE NO.: 00-06058-CIV-DAVIS

**NIGHT BOX FILED**
MAY 2 2 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

ALL UNDERWRITERS SUBSCRIBING
TO CERTIFICATE OF INSURANCE
NUMBER 99B1/671 including SUBSCRIBING
UNDERWRITERS AT LLOYDS, LONDON,
AXA GLOBAL RISKS (U.K.) LIMITED "T" A/C,
And WURTEMBERGISCHE VERISCHERUNGAG
"T" A/C,

    Plaintiffs,

v.

$H_2O$ LIMITED,

    Defendant.
_____/

### THIRD PARTY DEFENDANT C.A. HANSEN'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE A RESPONSE TO THE THIRD PARTY COMPLAINT

Third Party Defendant, C.A. HANSEN, INC., hereby files its unopposed motion for enlargement of time for it to file a response to the Third Party Complaint and states:

1. Third Party Defendant C.A. Hansen requires additional time to determine who will provide its defense in this lawsuit.

2. C.A. Hansen has conferred with counsel for Third Party Plaintiff $H_2O$ Limited about this matter and they have agreed to a ten (10) day enlargement of time for C.A. Hansen to file a response to the Third Party Complaint.

WHEREFORE, Third Party Defendant, C.A. Hansen, Inc., requests the Honorable Court grant it a ten (10) day enlargement of time to file a response to the Third Party Complaint.

CASE NO.: 00-06058-CIV-DAVIS

Respectfully submitted,

_____
FARRIS J. MARTIN, III, ESQUIRE
Florida Bar No. 879916
KELLER & HOUCK, P.A.
Attorneys for Plaintiffs
200 South Biscayne Boulevard
Suite 300
Miami, Florida 33131-5308
Telephone (305) 372-9044

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 22nd day of MAY, 2000 to Mr. Robert L. Jennings, Jennings & Valancy, P.A., 311 SE 13th Street, Ft. Lauderdale, FL 33316.

_____
Farris J. Martin, III

2

KELLER & HOUCK, P.A.
200 SOUTH BISCAYNE BOULEVARD, SUITE 3460, MIAMI, FLORIDA 33131-5308 • TEL (305) 372-9044 • FAX (305) 372-504

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DISTRICT

IN ADMIRALTY

CASE NO.: 00-06058-CIV-DAVIS

ALL UNDERWRITERS SUBSCRIBING
TO CERTIFICATE OF INSURANCE
NUMBER 99B1/671 including SUBSCRIBING
UNDERWRITERS AT LLOYDS, LONDON,
AXA GLOBAL RISKS (U.K.) LIMITED "T" A/C,
And WURTEMBERGISCHE VERISCHERUNGAG
"T" A/C,

    Plaintiffs,

v.

H$_2$0 LIMITED,

    Defendant.
_____/

## ORDER ON THIRD PARTY DEFENDANT C.A. HANSEN', INC.'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE A RESPONSE TO THE THIRD PARTY COMPLAINT

THIS CAUSE having come before the Court on Third Party Defendant's Motion For Enlargement Of Time To File a Response to the Third Party Complaint and the Court, having been advised of the agreement of the parties to the entry of this order, and being otherwise fully advised in the premises, it is hereby;

**ORDERED AND ADJUDGED** as follow:

1.    Third Party Defendant C.A. Hansen, Inc. shall have an extension of time of ten (10) days from the date of this Order to file a response to the Third Party Complaint.

DONE AND ORDERED in Chambers, Miami-Dade County, Florida this _____ day of _____, 2000.

                                                  _____
                                                DISTRICT COURT JUDGE

Copies furnished to:
    All Counsel of Record