UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DISTRICT

IN ADMIRALTY

CASE NO.: 00-06058-CIV-DAVIS

ALL UNDERWRITERS SUBSCRIBING
TO CERTIFICATE OF INSURANCE
NUMBER 99B1/671 including SUBSCRIBING
UNDERWRITERS AT LLOYDS, LONDON,
AXA GLOBAL RISKS (U.K.) LIMITED "T" A/C,
And WURTEMBERGISCHE VERISCHERUNGAG
"T" A/C,

    Plaintiffs,

v.

$H_2O$ LIMITED,

    Defendant.
_____/



### ORDER ON THIRD PARTY DEFENDANT C.A. HANSEN', INC.'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE A RESPONSE TO THE THIRD PARTY COMPLAINT

THIS CAUSE having come before the Court on Third Party Defendant's Motion For Enlargement Of Time To File a Response to the Third Party Complaint and the Court, having been advised of the agreement of the parties to the entry of this order, and being otherwise fully advised in the premises, it is hereby;

**ORDERED AND ADJUDGED** as follow:

1.    Third Party Defendant C.A. Hansen, Inc. shall have an extension of time of ten (10) days from the date of this Order to file a response to the Third Party Complaint.

DONE AND ORDERED in Chambers, Miami-Dade County, Florida this 23rd day of May, 2000.

/s/ Edward Davis
DISTRICT COURT JUDGE



Copies furnished to:
All Counsel of Record