UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN ADMIRALTY

CASE NO. 00-06058-CIV-DAVIS/BROWN

ALL UNDERWRITERS SUBSCRIBING
TO CERTIFICATE OF INSURANCE
NUMBER 99B1/671, including SUBSCRIBING
UNDERWRITERS AT LLOYDS, LONDON,
AXA GLOBAL RISKS (U.K.) LIMITED "T" A/C,
And WURTEMBERGISCHE VERISCHERUNGAG
"T" A/C,

    Plaintiffs,

v.

H$_2$0 LIMITED,

    Defendant.
_____/



### UNDERWRITERS ANSWER AND AFFIRMATIVE DEFENSES TO COUNTERCLAIM

Plaintiffs, ALL UNDERWRITERS SUBSCRIBING TO CERTIFICATE OF INSURANCE NUMBER 99B1/671, including SUBSCRIBING UNDERWRITERS AT LLOYDS, LONDON, AXA GLOBAL RISKS (U.K.) LIMITED "T" A/C, and WURTEMBERGISCHE VERISCHERUNGAG "T" A/C ("UNDERWRITERS"), by and through their undersigned attorneys, hereby file their Answer and Affirmative Defenses to Counterclaim, and allege:

    1.    With respect to the allegations contained in Paragraph 1 of the Counterclaim, UNDERWRITERS admit venue and jurisdiction are proper in this Court pursuant to 28 U.S.C. §1333 and §2201. UNDERWRITERS deny all other allegations contained in Paragraph 1 of the Counterclaim.

MAY 3 1 2000

Rec'd in MIA Dkt

CASE NO. 00-06058-DAVIS/BROWN

2. With respect to the allegations contained in Paragraph 2 of the Counterclaim, UNDERWRITERS admit on or about July 9, 1999, they issued Certificate of Insurance 99B1/671 ("Policy") to Defendant $H_2O$ LIMITED.

3. UNDERWRITERS admit the allegations contained in Paragraph 3 of the Counterclaim.

4. UNDERWRITERS admit the allegations contained in Paragraph 4 of the Counterclaim.

5. With respect to the allegations contained in Paragraph 5 of the Counterclaim, UNDERWRITERS admit the agreed value for the S/V "NOVENA" and her tender was One Hundred Fifty Five Thousand and No/100 Dollars ($155,000.00). UNDERWRITERS deny all other allegations contained in Paragraph 5 of the Counterclaim.

6. UNDERWRITERS are without sufficient knowledge to either admit or deny the allegations contained in Paragraph 6 of the Counterclaim and therefore they are denied.

7. UNDERWRITERS are without sufficient knowledge to either admit or deny the allegations contained in Paragraph 7 of the Counterclaim and therefore they are denied.

8. With respect to the allegations contained in Paragraph 8 of the Counterclaim, UNDERWRITERS admit that on or about September 13, 1999, as a result of Hurricane Floyd, the S/V "NOVENA" sank at her dock in the Bahamas. All other allegations are denied.

KELLER & HOUCK, P.A.
200 SOUTH BISCAYNE BOULEVARD, SUITE 300, MIAMI, FLORIDA 33131-5308 • TEL (305) 372-9044 • FAX (305) 372-5044

CASE NO. 00-06058-DAVIS/BROWN

9. UNDERWRITERS are without sufficient knowledge to either admit or deny the allegations contained in Paragraph 9 of the Complaint and therefore they are denied.

10. UNDERWRITERS deny the allegations contained in Paragraph 10 of the Counterclaim.

11. UNDERWRITERS deny the allegations contained in Paragraph 11 of the Counterclaim.

12. UNDERWRITERS deny the allegations contained in Paragraph 12 of the Counterclaim.

13. UNDERWRITERS are without sufficient knowledge to either admit or deny the allegations contained in Paragraph 13 of the Counterclaim and therefore they are denied.

14. UNDERWRITERS deny the allegations contained in Paragraph 14 of the Counterclaim.

15. UNDERWRITERS deny the allegations contained in Paragraph 15 of the Counterclaim.

16. UNDERWRITERS deny the allegations contained in Paragraph 16 of the Counterclaim.

17. With respect to the allegations contained in Paragraph 17 of the Counterclaim, UNDERWRITERS admit KLINGENSMITH provided a "sworn statement" on January 1, 2000. UNDERWRITERS deny all other allegations contained in Paragraph 17 of the Counterclaim.

KELLER & HOUCK, P.A.
200 SOUTH BISCAYNE BOULEVARD, SUITE 300, MIAMI, FLORIDA 33131-5308 • TEL (305) 372-9044 • FAX (305) 372-5044

CASE NO. 00-06058-DAVIS/BROWN

18. UNDERWRITERS deny the allegations contained in Paragraph 18 of the Counterclaim.

19. UNDERWRITERS deny the allegations contained in Paragraph 19 of the Counterclaim, including subparts (a) through (f).

20. [sic]

21. UNDERWRITERS deny the allegations contained in Paragraph 21 of the Counterclaim.

22. UNDERWRITERS are without sufficient knowledge to either admit or deny the allegations contained in Paragraph 22 of the Counterclaim.

## AS TO ALL COUNTS

23. UNDERWRITERS deny any and all allegations contained in the Counterclaim, which are not specifically admitted herein.

## AFFIRMATIVE DEFENSES

1. As its First Affirmative Defense, UNDERWRITERS allege KLINGENSMITH fails to state a cause of action for which relief may be granted. In particular, KLINGENSMITH is not an insured and therefore does not have the necessary standing to bring a lawsuit against UNDERWRITERS for the alleged loss. Moreover, direct actions against marine insurers are not permitted in Florida. Therefore, KLINGENSMITH may not bring any personal injury and/or property claims, he may have against $H_2O$ LIMITED, directly against UNDERWRITERS. Furthermore, the subject Policy is an indemnity policy and therefore, UNDERWRITERS are not contractually obligated to pay any covered claim until and unless the named Insured pays.

4

KELLER & HOUCK, P.A.
200 SOUTH BISCAYNE BOULEVARD, SUITE 300, MIAMI, FLORIDA 33131-5308 • TEL (305) 372-9044 • FAX (305) 372-5044

CASE NO. 00-06058-DAVIS/BROWN

2. As its Second Affirmative Defense, UNDERWRITERS allege H$_2$0 LIMITED fails to state a cause of action for which relief may be granted. In particular, UNDERWRITERS have agreed to settle H$_2$0 LIMITED'S claim for the agreed value on the Policy. Therefore, UNDERWRITERS have fulfilled their contractual obligations to H$_2$0 LIMITED.

WHEREFORE, Plaintiffs UNDERWRITERS request the Honorable Court to Dismiss Defendant/Counter-Plaintiffs' lawsuit with prejudice and award UNDERWRITERS costs and all other relief the Court may deem just and proper.

Respectfully submitted,

Attorneys for Plaintiffs
KELLER & HOUCK, P.A.
200 South Biscayne Boulevard
Suite 3460
Miami, Florida 33131
Tel.: (305) 372-9044
Fax: (305) 372-5044

By: _____
JOHN M. SIRACUSA, ESQ.
FLORIDA BAR NO. 0159670

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 26th day of May 2000 to ROBERT L. JENNINGS, ESQ., Attorneys for Defendant/Counter-Plaintiffs, Jennings & Valancy, P.A., 311 Southeast 13th Street, Ft. Lauderdale, Florida 33316.

_____
JOHN M. SIRACUSA, ESQ.

5

KELLER & HOUCK, P.A.
200 SOUTH BISCAYNE BOULEVARD, SUITE 300, MIAMI, FLORIDA 33131-5308 * TEL (305) 372-9044 * FAX (305) 372-5044