

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DISTRICT

IN ADMIRALTY

ALL UNDERWRITERS SUBSCRIBING
TO CERTIFICATE OF INSURANCE
NUMBER 99B1/671 including SUBSCRIBING
UNDERWRITERS AT LLOYDS, LONDON,
AXA GLOBAL RISKS (U.K.) LIMITED "T" A/C,
And WURTEMBERGISCHE VERISCHERUNG AG
"T" A/C,

                                              Case No.: 00-06058-CIV-DAVIS

    Plaintiffs,

vs.

$H_2O$ LIMITED,

    Defendant.
_____/

### DEFENDANT'S MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFFS' MOTION TO TO STRIKE PRAYER FOR ATTORNEYS' FEES

Defendant $H_2O$ Limited, moves this honorable Court for an extension of time in which to respond to the Plaintiffs' Motion To Strike Prayer for Attorneys' Fees and accompanying Memorandum of Law in support thereof, dated May 26, 2000, and says:

1.    This in an action involving a dispute over monies due to be paid Defendant $H_2O$ Limited under a contract for insurance.

2.    In its Counterclaim, Defendant has prayed for an award of attorneys' fees under Florida Statutes §627.428.

3.    On May 26, 2000, Plaintiffs served a Motion to Strike Defendant's Prayer for Attorneys' Fees, along with its supporting Memorandum.



4. Since then, Plaintiffs and Defendant $H_2O$ Limited have engaged in serious and productive settlement discussions, which appear to be nearing a successful conclusion.

5. Under the circumstances, the burden on the Defendant's and the Court's resources in addressing the issues raised by Plaintiffs in their Motion to Strike should be deferred, as it appears very likely those issues will become moot.

6. Nevertheless, in the event a settlement is not concluded, Defendant $H_2O$ Limited wishes the opportunity to respond on the merits of Plaintiffs' Motion to Strike.

7. Before filing this Motion, undersigned counsel conferred with counsel for Plaintiffs, who advised that he has no objection to this Motion.

8. Defendant respectfully submits that an extension of 21 days should be sufficient time in which to determine whether or not a settlement will be concluded with Plaintiffs.

WHEREFORE, Defendant $H_2O$ Limited prays that this honorable Court will enter an Order extending the time for its response to Plaintiffs' Motion to Strike and accompanying memorandum, for 21 days or such other time period as the Court may appropriate.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail on Farris J. Martin, III, Esquire, Attorneys for Plaintiffs, and interim counsel for C.A. Hansen, KELLER & HOUCK, P.A., 200 South Biscayne Boulevard, Suite 3460, Miami, Florida 33131-5308, 900, Fort Lauderdale, Florida 33309, and

Shawn B. McKamey, Esquire, Billing, Cochran, Heath, Lyles, Mauro, P.A., attorneys for Tropical Diversions, Inc. 888 S.E. 3rd Avenue, Fort Lauderdale, FL 33316, this 7th day of June, 2000.

                                            JENNINGS & VALANCY, P.A.
                                            Attorneys for Defendants
                                            $H_2O$ and Klingensmith
                                            311 Southeast 13th Street
                                            Ft. Lauderdale, Florida 33316
                                            (954) 463-1600 Telephone
                                            (954) 463-1222 Telecopy

                                       By: _____
                                             Robert L. Jennings
                                             Florida Bar No. 348074