UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN ADMIRALTY

CASE NO. 00-06058-CIV-DAVIS/BROWN

ALL UNDERWRITERS SUBSCRIBING
TO CERTIFICATE OF INSURANCE
NO. 99B1/671, including SUBSCRIBING
UNDERWRITERS AT LLOYDS, LONDON,
AXA GLOBAL RISKS (U.K.) LIMITED "T" A/C,
And WURTEMBERGISCHE VERISCHERUNGAG
"T" A/C,

    Plaintiffs,

v.

$H_2O$ LIMITED,

    Defendant.

_____/

### PLAINTIFF'S NOTICE OF ADOPTION OF 3RD PARTY DEFENDANT TROPICAL DIVERSIONS YACHT SERVICES, INC.'S MOTION TO STRIKE DEMAND FOR JURY TRIAL AND MEMORANDUM OF LAW IN SUPPORT THEREOF

Plaintiffs, ALL UNDERWRITERS SUBSCRIBING TO CERTIFICATE OF INSURANCE NO. 99B1\671, INCLUDING SUBSCRIBING UNDERWRITERS AT LLOYDS, LONDON, AXA GLOBAL RISKS (UK) LIMITED "T" A/C, And WURTEMBERGISCHE VERISCHERUNGAG "T" A/C, ("UNDERWRITERS"), by and through their undersigned attorneys and pursuant to the applicable Federal Rules of Civil Procedure, hereby file their Notice of Adoption of 3rd Party Defendant's Tropical Diversions Yacht Services, Inc.'s Motion to Strike Demand for Jury Trial and Memorandum of Law in support thereof.



CASE NO. 00-06058-CIV-DAVIS/BROWN

Respectfully submitted,

KELLER & HOUCK, P.A.
Attorneys for Plaintiffs
200 South Biscayne Boulevard
Suite 300
Miami, Florida 33131
Tel.: (305) 372-9044
Fax: (305) 372-5044

By: _____
JOHN M. SIRACUSA, ESQ.
FLORIDA BAR NO. 0159670

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 12th day of June, 2000 to ROBERT L. JENNINGS, ESQ., Jennings and Valancy, P.A., Attorneys for Defendant/Counter-Plaintiffs, 311 Southeast 13th Street, Ft. Lauderdale, Florida 33316.

_____
JOHN M. SIRACUSA, ESQ.

2

KELLER & HOUCK, P.A.
200 SOUTH BISCAYNE BOULEVARD, SUITE 300, MIAMI, FLORIDA 33131-5308 * TEL (305) 372-9044 * FAX (305) 372-5044