UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN ADMIRALTY



CASE NO. 00-06058-CIV-DAVIS/BROWN

ALL UNDERWRITERS SUBSCRIBING
TO CERTIFICATE OF INSURANCE
NO. 99B1/671, including SUBSCRIBING
UNDERWRITERS AT LLOYDS, LONDON,
AXA GLOBAL RISKS (U.K.) LIMITED "T" A/C,
And WURTEMBERGISCHE VERISCHERUNGAG
"T" A/C,

       Plaintiffs,

v.

$H_2O$ LIMITED,

       Defendant.
_____/

### UNDERWRITERS UNOPPOSED MOTION FOR ENLARGEMENT OF TIME IN WHICH TO RESPOND TO MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs, ALL UNDERWRITERS SUBSCRIBING TO CERTIFICATE OF INSURANCE NO. 99B1\671, INCLUDING SUBSCRIBING UNDERWRITERS AT LLOYDS, LONDON, AXA GLOBAL RISKS (UK) LIMITED "T" A/C, And WURTEMBERGISCHE VERISCHERUNGAG "T" A/C, ("UNDERWRITERS"), by and through their undersigned attorneys and pursuant to the applicable Federal Rules of Civil Procedure, hereby file their Unopposed Motion for Enlargement of Time in which to Respond to $H_2O$ LIMITED'S Motion for Partial Summary Judgment, and state:



CASE NO. 00-06058-CIV-DAVIS/BROWN

1. UNDERWRITERS brought this action for declaratory relief seeking the Courts' determination of the quantum of coverage available under a contract of marine insurance for Defendant H₂O LIMITED'S sailing vessel "NOVENA".

2. On May 25, 2000, H₂O LIMITED filed a Motion for Partial Summary Judgment.

3. Since then, UNDERWRITERS, Third Party Plaintiff MICHAEL KLINGENSMITH and H₂O LIMITED have engaged in productive settlement negotiations, which are near conclusion.

4. Under the circumstances, UNDERWRITERS request to Court allow them to defer addressing the issues raised in H₂O LIMITED'S Motion for Partial Summary Judgment, as it appears very likely those issues will be rendered moot by settlement.

5. Prior to filing this motion, UNDERWRITERS conferred with counsel for MICHAEL KLINGENSMITH and H₂O LIMITED, who advised he has no objection to granting UNDERWRITERS a twenty-one (21) day enlargement of time in which to respond to the Motion for Partial Summary Judgment.

6. UNDERWRITERS believe a settlement will be entered into within the twenty-one (21) day enlargement of time.

KELLER & HOUCK, P.A.
200 SOUTH BISCAYNE BOULEVARD, SUITE 300, MIAMI, FLORIDA 33131-5308 • TEL (305) 372-9044 • FAX (305) 372-5044

CASE NO. 00-6058-CIV-DAVIS/BROWN

WHEREFORE, Plaintiffs UNDERWRITERS request the Honorable Court to enter a twenty-one (21) day enlargement of time in which to respond to $H_2O$ LIMITED'S Motion for Partial Summary Judgment.

Respectfully submitted,

KELLER & HOUCK, P.A.
Attorneys for Plaintiffs
200 South Biscayne Boulevard
Suite 300
Miami, Florida 33131
Tel.: (305) 372-9044
Fax: (305) 372-5044

By: _____
JOHN M. SIRACUSA
FLORIDA BAR NO. 0159670

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 13th day of June, 2000 to ROBERT L. JENNINGS, ESQ., Jennings and Valancy, P.A., Attorneys for Defendant/Counter-Plaintiffs, 311 Southeast 13th Street, Ft. Lauderdale, Florida 33316, and SEAN MCKAMEY, ESQ., Billing, Cochran, Heath, Lyles, Mauro, 888 SE 3rd Avenue, Ft. Lauderdale, FL 33316.

_____
JOHN M. SIRACUSA

3