

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN ADMIRALTY

CASE NO. 00-06058-CIV-DAVIS/BROWN

ALL UNDERWRITERS SUBSCRIBING
TO CERTIFICATE OF INSURANCE
NO. 99B1/671, including SUBSCRIBING
UNDERWRITERS AT LLOYDS, LONDON,
AXA GLOBAL RISKS (U.K.) LIMITED "T" A/C,
And WURTEMBERGISCHE VERISCHERUNGAG
"T" A/C,

       Plaintiffs,

v.

H₂0LIMITED,

       Defendant.

_____/

### PLAINTIFFS' NOTICE OF SETTLEMENT

Plaintiffs, ALL UNDERWRITERS SUBSCRIBING TO CERTIFICATE OF INSURANCE NO. 99B1/671, including SUBSCRIBING UNDERWRITERS AT LLOYDS, LONDON, AXA GLOBAL RISKS (U.K.) LIMITED "T" A/C, And WURTEMBERGISCHE VERISCHERUNGAG "T" A/C, by and through their undersigned attorneys and pursuant to the applicable Federal Rules of Civil Procedure, and all other applicable Rules, hereby notify the Court that Plaintiffs UNDERWRITERS and Defendant/Counter-Claimant H₂O LIMITED and Third Party Plaintiff MICHAEL KLINGENSMITH have settled their respective claims against each other in accordance with the settlement agreement attached hereto as Exhibit "1". The subject parties anticipate filing a Joint Stipulation for Dismissal with

CASE NO. 00-06058-CIV-DAVIS/BROWN

Prejudice in approximately thirty (30) days, along with an Order of Dismissal, with

Prejudice, with each party to bear their own attorney's fees and costs, for the Court's

execution.

Respectfully submitted,

KELLER & HOUCK, P.A.
Attorneys for Plaintiffs
200 South Biscayne Boulevard
Suite 300
Miami, Florida 33131
Tel.: (305) 372-9044
Fax: (305) 372-5044

By: _____
JOHN M. SIRACUSA
FLORIDA BAR NO. 0159670

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was sent

via facsimile and U.S. mail this ___ day of _____, 2000 to ROBERT L.

JENNINGS, ESQ., Jennings and Valancy, P.A., Attorneys for Defendant/Counter-

Plaintiffs, 311 Southeast 13th Street, Ft. Lauderdale, Florida 33316, SEAN MCKAMEY,

ESQ., Billing, Cochran, Heath, Lyles, Mauro, Attorney for Tropical Diversions Yacht

Services, Inc., 888 SE 3rd Avenue, Ft. Lauderdale, FL 33316, and JAMES  W.

STROUP, ESQ., Attorney for C.A. Hansen, 119 S.E. 12th Street, Ft. Lauderdale, FL

33316

_____
JOHN M. SIRACUSA

2

FROM : JENNINGS & VALANCY         FAX NO. : 954 46312227         Jun. 13 2000 02:52PM P2
J:KELLER & HOUCK         FAX:3055725044         PAGE   2/ 4

# KELLER & HOUCK

A PROFESSIONAL ASSOCIATION

| | | |
|---|---|---|
| ANDREW W. ANDERSON | FARRIS L MARTIN, III | |
| BEN E. DARDIS | WALTER J. MATHEWS | |
| DAVID N. GAMBACH | JOHN M. MITCHELL | |
| ALEC J. HARALAMBIDES | VINCENT O'BRIEN | |
| JERRY D. HAMILTON | JENNIFER P. QUILDON | |
| EDWIN E. HIGHTOWER, JR. | JULIE K. RANNIK | |
| MARK R. HOUCK | JOHN M. STRACUSA | |
| JOSEPH W. JANSSEN | BARBARA RUDOLPH SMITH | |
| CRAIG J. KARTIGANER | ROBERT D. TRACY | |
| JOHN W. KELLER, III | TRACEY A. WRIGHT | |
| JENNIFER A. KERR | | |

200 SOUTH BISCAYNE BOULEVARD
SUITE 300
MIAMI, FLORIDA 33131-2332

TELEPHONE (305) 372-9044
TELEFAX (305) 372-5044

PORT CANAVERAL OFFICE
101 GEORGE KING BOULEVARD
PORT CANAVERAL, FL 32920
TELEPHONE (407) 799-9299
TELEFAX (407) 799-1966

Reply to: Miami Office

June 6, 2000

**VIA TELEFAX**

Robert Jennings, Esq.
Jennings & Valancy, P.A.
311 Southeast 13th Street
Ft. Lauderdale, Florida 33316

    Re:    *Underwriters v. H2O Limited et al.*, United States District Court for the Southern District of Florida, Case No. 00-06058-CIV-DAVIS/BROWN

Dear Mr. Jennings:

The Underwriters subscribing to Certificate of Insurance Number 99B1/671 make the following settlement offer to $H_2O$ Limited and Michael Klingensmith with regard to their claims in the captioned matter:

1.    Underwriters will pay $155,000.00 to settle all of $H_2O$ Limited's and Michael Klingensmith's claims against Underwriters for damages to the 1979 47 foot Vagabond sailboat named "NOVENA" and any other alleged personal property losses and claims for personal injuries that $H_2O$ Limited and Michael Klingensmith may have against Underwriters that resulted from Hurricane Floyd on or about September 14, 1999 and thereafter.  The settlement draft will be made payable to $H_2O$ Limited, Michael Klingensmith and Jennings & Valancy, P.A..

2.    The total proceeds paid to $H_2O$ Limited and Michael Klingensmith represent the agreed value under the Policy and are intended to extinguish any and all claims they may have against Underwriters for all types of property losses and personal injuries relating to Hurricane Floyd and the subsequent events concerning the vessel's salvage.

3.    The 1979 47 foot Vagabond sailboat named "NOVENA" will be sold as salvage for Underwriters' account. $H_2O$ Limited and Michael Klingensmith will cooperate in selling the vessel to the salvage buyer, including the execution of a bill of sale or any other documents evidencing the transfer of the vessel's title to the salvage buyer.  The salvage proceeds will go to the Underwriters since they are paying these claims on a constructive total loss basis.  Underwriters shall give prior notice to $H_2O$ Limited and Michael


EXHIBIT

FROM : JENNINGS & VALANCY        FAX NO. : 954 46312227        Jun. 13 2000 02:53PM P3
FILE NO.13/ 06/00  00 14:38  TO:KELLER & HOUCK        FAX:3053725044        PAGE   3/ 4

Robert Jennings, Esq.
June 6, 2000
Page 2

Klingensmith of any proposed sale and give them an opportunity to bid on the sale.

4.   $H_2O$ Limited and Michael Klingensmith agree to pay any and all bank loans, mortgage notes, attorneys' fees, and any other person or entity asserting an interest in this matter out of the settlement funds.

5.   Underwriters will have 30 days from the date they receive the executed settlement agreement letter to tender the settlement funds.

6.   In exchange for the $155,000.00 settlement proceeds, $H_2O$ Limited and Michael Klingensmith agree to execute a general release in favor of the Underwriters subscribing to Policy of Insurance No. 99B1/671 including All Underwriters at Lloyd's of London, All Member Companies of the Institute of London Underwriters, All "Names" at Lloyd's of London, all Syndicates at Lloyd's of London, All Underwriting Agencies at Lloyd's of London, Axa Global Risks (U.K.) Ltd., Wurttembergische Verishenung AG, The Marine Insurance Ltd., Crawley Warren & Company Ltd., Gobal Claims Management Ltd., Milligan & Sparrow, Inc., Joel Sparrow, their respective directors, stockholders, officers, employees, agents, attorneys and representatives. The general release to be executed by $H_2O$ Limited and Michael Klingensmith will include all of their claims against Underwriters for personal injury damages, compensatory damages, property damages, hull and machinery losses, consequential damages, bad faith damages, punitive damages, attorneys' fees and costs. The general release will not include $H_2O$ Limited and/or Michael Klingensmith's claims against C.A. Hansen or Tropical Diversions, Inc.

7.   $H_2O$ Limited and Michael Klingensmith agree Underwriters earned all premiums due under the Policy.

8.   The parties to this Settlement Agreement agree to dismiss their respective claims against each other with prejudice, each party to bear their own attorney's fees and costs. The parties agree they will file with the Court a Joint Stipulation for Dismissal with Prejudice, each party to bear their own attorney's fees and costs.

9.   $H_2O$ Limited and Michael Klingensmith agree to execute any settlement documents that are necessary to give effect to the terms contained in this settlement agreement. These documents include, but are not limited to, a

FROM : JENNINGS & VALANCY          FAX NO. : 954 46312227          Jun. 13 2000 02:53PM P4

ID:KELLER & HOUCK          FAX:3053725044          PAGE 4/ 4

Robert Jennings, Esq.
June 6, 2000
Page 3

General Release, a Joint Stipulation for Dismissal with Prejudice, and a
corporate resolution granting Michael Klingensmith the authority and power
to execute the General Release on behalf of $H_2O$ Limited.

If the aforementioned settlement offer meets with both you and your clients'
approval, then please execute this settlement agreement and return it to the undersigned.

Very truly yours,

KELLER & HOUCK, P.A.

John M. Siracusa

JMS/ceg

THE UNDERSIGNED, AS ATTORNEY FOR $H_2O$ LIMITED AND MICHAEL
KLINGENSMITH, ACCEPTS THE TERMS AND CONDITIONS OF THE PROPOSED
SETTLEMENT AGREEMENT AS SET FORTH ABOVE.

DATED THIS 13 DAY OF _____JUNE_____, 2000.

ROBERT JENNINGS, ESQ.
AS ATTORNEY FOR $H_2O$ LIMITED AND MICHAEL
KLINGENSMITH

KELLER & HOUCK, P.A.