UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-06058-CIV-ZLOCH

ALL UNDERWRITERS SUBSCRIBING TO
CERTIFICATE OF INSURANCE NUMBER
99B1/671 including SUBSCRIBING
UNDERWRITERS AT LLOYDS, LONDON,
AXA GLOBAL RISKS (U.K.) LIMITED
"T" A/C, And WURTEMBERGISCHE
VERISCHERUNGAG "T" A/C,

    Plaintiffs,

vs.                                     **O R D E R**

$H_2O$ LIMITED,

    Defendant.
_____/

THIS MATTER is before the Court upon the Defendant's Motion For Extension Of Time In Which To Respond To Plaintiffs' Motion To Strike Prayer For Attorneys' Fees (DE 19), and upon Underwriters Unopposed Motion For Enlargement of time In Which To Respond to Motion For Partial Summary Judgment (DE 21). The Court has carefully reviewed said Motions and after due consideration, it is premises, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion For Extension Of Time In Which To Respond To Plaintiffs' Motion To Strike Prayer For Attorneys' Fees (DE 19) be and the same is hereby **GRANTED** to the extent that the



Defendant, H$_2$O Limited, shall have up to and including Thursday, June 29, 2000 within which to file a response to the Plaintiffs' Motion To Strike Prayer For Attorneys' Fees (DE 15); and

2. Underwriters Unopposed Motion For Enlargement Of Time In Which To Respond To Motion For Partial Summary Judgment (DE 21) be and the same is hereby **GRANTED** to the extent that the Plaintiffs shall have up to and including Thursday, June 29, 2000 within which to file a response to the Defendant's Motion For Partial Summary Judgment (DE 16).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _21st_ day of June, 2000.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

John M. Siracusa, Esq.
For Plaintiffs

Robert L. Jennings, Esq.
For Defendant

2