UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN ADMIRALTY

CASE NO. 00-6058-CIV-ZLOCH

ALL UNDERWRITERS SUBSCRIBING
TO CERTIFICATE OF INSURANCE
NO. 99B1/671, including SUBSCRIBING
UNDERWRITERS AT LLOYDS, LONDON,
AXA GLOBAL RISKS (U.K.) LIMITED "T" A/C,
and WURTEMBERGISCHE VERISCHERUNGAG
"T" A/C,

    Plaintiffs,

vs.

H²O LIMITED,

    Defendant.
_____/

H²O LIMITED and MICHAEL B. KLINGENSMITH,

    Counter-Plaintiffs,

vs.

ALL UNDERWRITERS SUBSCRIBING TO
CERTIFICATE OF INSURANCE NUMBER
99B1/671, etc.,

    Counter-Defendants,

and

C.A. HANSEN, a division of BROWN & BROWN, INC.
and TROPICAL DIVERSIONS YACHT SERVICES, INC.,

    Third-Party Defendants.
_____/

**NIGHT BOX FILED**

**JUN 2 1 2000**

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

**THIRD-PARTY DEFENDANT'S, C.A. HANSEN,**

### MOTION TO STRIKE DEMAND FOR
### JURY TRIAL AND MEMORANDUM
### OF LAW IN SUPPORT THEREOF

COMES NOW, Third-Party Defendant, C.A. HANSEN, a division of BROWN & BROWN, INC. (hereinafter "C.A. HANSEN"), by and through its undersigned counsel, pursuant to the applicable Federal Rules of Civil Procedure and files its Motion to Strike Demand for Jury Trial and Memorandum of Law in Support Thereof as follows:

1. Defendant, H²O LIMITED, and Counter-Plaintiff, MICHAEL B. KLINGENSMITH, (hereinafter "KLINGENSMITH") demanded trial by jury in the above-styled cause pursuant to a Notice dated May 4, 2000.

2. Pursuant to Fed.R.Civ.P. 10(c), C.A. HANSEN adopts Co-Third-Party Defendant, TROPICAL DIVERSIONS YACHT SERVICES, INC.'s Motion to Strike Demand for Jury Trial and Memorandum of Law in Support Thereof in its entirety as if fully set forth herein.

WHEREFORE, Third-Party Defendant, C.A. HANSEN, respectfully request this Honorable Court enter its Order striking Third-Party Plaintiffs' Demand for Jury Trial, to the extent same is construed as seeking a trial by jury of those claims raised in Third-Party Complaint against Third-Party Defendants and for such other and further relief as this Court deems just and proper.

### Certificate of Service

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Telefax and U.S. Mail this 20th day of June 2000 to: Farris J. Martin, III, Esq., Keller & Houck, P.A., Attorneys for Plaintiff, 200 South Biscayne Boulevard, Suite 3460, Miami, Florida 33131-5308; Robert L. Jennings, Esq., Jennings & Valancy, P.A., Attorneys for H²O Limited and Klingensmith; and Shawn B. McKamey, Esq., Billing, Cochran, *et al.*, Attorneys for Third

Party Defendant, Tropical Diversions, 888 Southeast Third Avenue, Suite 301, Ft. Lauderdale, Florida 33316.

                                    JAMES W. STROUP, P.A.
                                    Attorneys for C.A. Hansen
                                    119 Southeast 12th Street
                                    Ft. Lauderdale, Florida 33316
                                    954-462-8808; fax 462-0278

                                    By: _____
                                        JAMES W. STROUP
                                        Fla Bar No. 0842117