UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN ADMIRALTY

CASE NO. 00-6058-CIV-ZLOCH

ALL UNDERWRITERS SUBSCRIBING
TO CERTIFICATE OF INSURANCE
NO. 99B1/671, including SUBSCRIBING
UNDERWRITERS AT LLOYDS, LONDON,
AXA GLOBAL RISKS (U.K.) LIMITED "T" A/C,
and WURTEMBERGISCHE VERISCHERUNGAG
"T" A/C,

     Plaintiffs,

vs.

H²O LIMITED,

     Defendant.
_____/

H²O LIMITED and MICHAEL B. KLINGENSMITH,

     Counter-Plaintiffs,

vs.

ALL UNDERWRITERS SUBSCRIBING TO
CERTIFICATE OF INSURANCE NUMBER
99B1/671, etc.,

     Counter-Defendants,

and

C.A. HANSEN, a division of BROWN & BROWN, INC.
and TROPICAL DIVERSIONS YACHT SERVICES, INC.,

     Third-Party Defendants.
_____/

**NOTICE OF VACATION**



COMES NOW the undersigned counsel of record for Third-Party Defendant, C.A.

HANSEN, a division of BROWN & BROWN, INC., and notices all parties of his unavailability

for **July 11, 2000 - August 1, 2000**, and respectfully requests that no hearings, depositions,

discovery matter of any kind or trials be set during those periods. As cause therefore, would state

that the undersigned counsel will be out of the country on a long-standing, planned vacation for

the periods mentioned herein.

WHEREFORE, based on the foregoing, the undersigned respectfully requests that no

hearings, depositions, discovery matters of any kind or trials be set during those periods

mentioned herein.

## Certificate of Service

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished

via Telefax and U.S. Mail this $\underline{21}^{st}$ day of June 2000 to: Farris J. Martin, III, Esq., Keller &

Houck, P.A., Attorneys for Plaintiff, 200 South Biscayne Boulevard, Suite 3460, Miami, Florida

33131-5308; Robert L. Jennings, Esq., Jennings & Valancy, P.A., Attorneys for $H^2O$ Limited

and Klingensmith, 311 Southeast 13th Street, Ft. Lauderdale, Florida 33316; and Shawn B.

McKamey, Esq., Billing, Cochran, *et al.*, Attorneys for Third Party Defendant, Tropical

Diversions, 888 Southeast Third Avenue, Suite 301, Ft. Lauderdale, Florida 33316.

> JAMES W. STROUP, P.A.
> Attorneys for C.A. Hansen
> 119 Southeast 12th Street
> Ft. Lauderdale, Florida 33316
> 954-462-8808; fax 462-0278
>
> By: _____
> JAMES W. STROUP
> Fla Bar No. 0842117