UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN ADMIRALTY

CASE NO. 00-06058-CIV-DAVIS/~~BROWN~~ wJ Z

ALL UNDERWRITERS SUBSCRIBING
TO CERTIFICATE OF INSURANCE
NO. 99B1/671, including SUBSCRIBING
UNDERWRITERS AT LLOYDS, LONDON,
AXA GLOBAL RISKS (U.K.) LIMITED "T" A/C,
And WURTEMBERGISCHE VERISCHERUNGAG
"T" A/C,

        Plaintiffs,

v.

$H_2O$ LIMITED,

        Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs, ALL UNDERWRITERS SUBSCRIBING TO CERTIFICATE OF INSURANCE NO. 99B1/671, including SUBSCRIBING UNDERWRITERS AT LLOYDS, LONDON, AXA GLOBAL RISKS (U.K.) LIMITED "T" A/C, And WURTEMBERGISCHE VERISCHERUNGAG "T" A/C, and Defendant, $H_2O$ LIMITED, by and through their respective undersigned attorneys, and pursuant to the applicable Rules of Court, hereby Stipulate that Plaintiffs ALL UNDERWRITERS dismiss with prejudice their claims against Defendant $H_2O$ LIMITED, and Defendant $H_2O$ LIMITED and Third Party Plaintiff Michael Klingensmith dismiss with prejudice their claims against Plaintiffs ALL UNDERWRITERS in the subject lawsuit. Each party to bear its own attorney's fees and costs.



Respectfully submitted,

| | |
|---|---|
| KELLER & HOUCK, P.A. | JENNINGS & VALANCY, P.A. |
| Attorneys for Plaintiff | Attorneys for Defendant/Counter-Plaintiffs |
| 200 S. Biscayne Blvd., Suite 300 | 311 Southeast 13th Street |
| Miami, Florida 33131-5308 | Ft. Lauderdale, Florida 33316 |
| Tel: (305) 372-9044 | Tel: (904) 353-2000 |
| Fax: (305) 372-5044 | Fax: (904) 358-1872 |

BY: *Farris J. Martin III* (signature)　　　BY: *Robert L. Jennings* (signature) 6/21/00
FARRIS J. MARTIN, III, ESQ.　　　　　　　ROBERT L. JENNINGS, ESQ.
FLORIDA BAR NO. 879916　　　　　　　　FLORIDA BAR NO. 348074

2

KELLER & HOUCK, P.A.
200 SOUTH BISCAYNE BOULEVARD, SUITE 300, MIAMI, FLORIDA 33131-5308 • TEL (305) 372-9044 • FAX (305) 372-5044

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN ADMIRALTY

CASE NO. 00-06058-CIV-DAVIS/BROWN

ALL UNDERWRITERS SUBSCRIBING
TO CERTIFICATE OF INSURANCE
NO. 99B1/671, including SUBSCRIBING
UNDERWRITERS AT LLOYDS, LONDON,
AXA GLOBAL RISKS (U.K.) LIMITED "T" A/C,
And WURTEMBERGISCHE VERISCHERUNGAG
"T" A/C,

    Plaintiffs,

v.

$H_2O$ LIMITED,

    Defendant.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Honorable Court this date upon the parties' Stipulation for Dismissal With Prejudice. This Court being advised that the subject cause has been amicably settled, and being otherwise fully advised in the premises, it is thereupon,

ORDERED and ADJUDGED:

1. Plaintiffs UNDERWRITERS' claims against Defendant $H_2O$ LIMITED are dismissed with prejudice.

2. Defendant $H_2O$ LIMITED'S claims against Plaintiffs UNDERWRITERS are dismissed with prejudice.

3. Third Party Plaintiff MICHAEL KLINGENSMITH'S claims against Plaintiffs UNDERWRITERS are dismissed with prejudice.

4. Each party will bear its own attorney's fees and costs.

5. This Order does not pertain to any third party claims by Third Party Plaintiff $H_2O$ LIMITED and Third Party Plaintiff MICHAEL KLINGENSMITH against Third Party Defendants C.A. HANSEN and TROPICAL DIVERSIONS, INC.

DONE and ORDERED in Chambers, Southern District of Florida, Miami Division, this _____ day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Farris J. Martin, III
Robert L. Jennings, Esq.