UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6058-CIV-ZLOCH



FILED by _____ D.C.

JUL 0 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

ALL UNDERWRITERS SUBSCRIBING TO
CERTIFICATE OF INSURANCE NO.
99B1/671, including SUBSCRIBING
UNDERWRITERS AT LLYODS, LONDON,
AXA GLOBAL RISKS (U.K.) LIMITED
"T" A/C, and WURTEMBERGISCHE
VERISCHERUNGAG "T" A/C,

    Plaintiff,

vs.

H$_2$0 LIMITED,

    Defendant.
_____/

H$_2$0 LIMITED and MICHAEL B.
KLINGENSMITH,

    Counter-Plaintiffs,

vs.

ALL UNDERWRITERS SUBSCRIBING TO
CERTIFICATE OF INSURANCE NO.
99B1/671,

    Counter-Defendant,

and

C.A HANSEN, a division of BROWN
& BROWN, INC. and TROPICAL
DIVERSIONS YACHT SERVICES, INC.,

    Third-Party Defendants.
_____/

**ORDER OF DISMISSAL**

THIS MATTER is before the Court upon the Plaintiffs, All Underwriters Subscribing To Certificate Of Insurance No. 99B1/671, including Subscribing Underwriters at Llyods, London, AXA Global Risks (U.K.) Limited "T" A/C, and Wurtembergische Verischerungag "T" A/C, and the Defendant, H$_2$0 Limited's Joint Stipulation For

30

Dismissal With Prejudice (DE 28). The Court having carefully reviewed said Stipulation and the entire Court file herein, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1. The Plaintiffs, All Underwriters Subscribing To Certificate Of Insurance No. 99B1/671, including Subscribing Underwriters at Llyods, London, AXA Global Risks (U.K.) Limited "T" A/C, and Wurtembergische Verischerungag "T" A/C, and Defendant, $H_2O$ Limited's Joint Stipulation For Dismissal With Prejudice (DE 28), be and the same is hereby approved, adopted, and ratified by the Court;

2. The Plaintiffs, All Underwriters Subscribing To Certificate Of Insurance No. 99B1/671, including Subscribing Underwriters at Llyods, London, AXA Global Risks (U.K.) Limited "T" A/C, and Wurtembergische Verischerungag "T" A/C's claims against the Defendant, $H_2O$ Limited, are hereby **DISMISSED**, with prejudice, the parties to bear their own fees and costs;

3. The Defendant, $H_2O$ Limited's claims against the Plaintiffs, All Underwriters Subscribing To Certificate Of Insurance No. 99B1/671, including Subscribing Underwriters at Llyods, London, AXA Global Risks (U.K.) Limited "T" A/C, and Wurtembergische Verischerungag "T" A/C are hereby **DISMISSED**, with prejudice, the parties to bear their own fees and costs;

4. The Third-Party Plaintiff, Michael Klingensmith's claims against the Plaintiffs, All Underwriters Subscribing To Certificate

Of Insurance No. 99B1/671, including Subscribing Underwriters at Llyods, London, **AXA** Global Risks (U.K.) Limited "T" A/C, and Wurtembergische Verischerungag "T" A/C, are hereby **DISMISSED**, with prejudice, the parties to bear their own fees and costs; and

    5. This Order Of Dismissal shall not pertain to any third-party claims by Third-Party Plaintiff, H$_2$0 Limited, and Third-Party Plaintiff, Michael Klingensmith, against Third-Party Defendants, C.A. Hansen and Tropical Diversions, Inc.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ___6th___ day of July, 2000.

                              WILLIAM J. ZLOCH
                              Chief United States District Judge

Copies furnished:

Ferris Martin, Esq.
For Plaintiff

Robert L. Jennings, Esq.
For Defendant

Shawn McKamey, Esq.
For Third-Party Defendant Tropical Diversions

James Stroup, Esq.
For Third-Party Defendant C.A. Hansen